UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALBERT GONZALES, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN GUILD, et al.,<br><br>Defendants. | No. 2:19-cv-0380 KJN P<br><br>ORDER and FINDINGS AND RECOMMENDATIONS |

By order filed December 17, 2019, plaintiff was ordered to show cause, within fourteen days, why his action should not be dismissed. The fourteen-day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 22, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gonz0380.fsc